**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **U.S. Gymnastics Training Centers, Inc** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **USGTC Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1580075** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | Principal place of business | Mailing address, if different from principal place of business |
| | | **POB 4088** **Tequesta, FL 33469** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Palm Beach** County | **Location of principal assets, if different from principal place of business** **Debtor has 2 trailers of plywood for platform, foam and gym equipment located in Massachusetts close to summer camp. Deb South Hadley, MA 01075** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.usgymnasticscamps.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **U.S. Gymnastics Training Centers, Inc**                                    Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **U.S. Gymnastics Training Centers, Inc**                                          Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____

Contact name    _____

Phone    _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **U.S. Gymnastics Training Centers, Inc**
Name

Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September  3, 2018**
                 MM / DD / YYYY

**X** */s/ Michael Jacobson*                                    **Michael Jacobson**
Signature of authorized representative of debtor               Printed name

Title     **Principal and 100% owner**

---

**18. Signature of attorney**

**X** */s/ Donna A Bumgardner, Esq*              Date  **September  3, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Donna A Bumgardner, Esq 744890**
Printed name

**Bumgardner & Associates, PA**
Firm name

**7707 N University Drive, #103**
**Tamarac, FL 33321**
Number, Street, City, State & ZIP Code

Contact phone  **954-724-4366**       Email address  **donnabkclaw@aol.com**

**744890 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **U.S. Gymnastics Training Centers, Inc**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  3, 2018**    *X* **/s/ Michael Jacobson**
                                        Signature of individual signing on behalf of debtor

                                        **Michael Jacobson**
                                        Printed name

                                        **Principal and 100% owner**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **U.S. Gymnastics Training Centers, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................    $         **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...............................................................................    $     **142,476.60**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................    $     **142,476.60**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $         **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **228,352.07**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b

    $     **228,352.07**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **U.S. Gymnastics Training Centers, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Business Checking #6419** | **Checking** | 6419 | $114,816.60 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $114,816.60 |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Mount Holyoke College Security Deposit**<br>**Address: 50 College St., South Hadley, MA**<br>**26 Park St., Willits-Hallowell Center**<br>**South Hadley, MA  0075**<br>**Attn: Imad Zubi, Director of Conference Services** | $25,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor    **U.S. Gymnastics Training Centers, Inc**                     Case number *(If known)* _____
_____
Name

9.    **Total of Part 2.**                                                                    | **$25,000.00** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** laptop computer(5+ years old) printer and fax machine **Business AT&T Phone** Various file containers | **Unknown** | Liquidation | $160.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                   | **$160.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **U.S. Gymnastics Training Centers, Inc**    Case number *(if known)* _____
_____
Name

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Great Dane 1999 Trailer (53" x 102" x 13' 6") (no tractor for transport)(paid $5,300.00 for the trailer 6 years ago). VIN #:1GRAA0626XB194516** | $0.00 | Liquidation | $2,500.00 |
| 47.2.    **Rental Trailer (in Massachusetts) holds plywood and materials to build a platform. This is a monthly rental paid to 08/15/2018.  Non-transferrable** | $0.00 | | $0.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Gym Equipment List will be provided.** | $0.00 | | $0.00 |

51.    **Total of Part 8.**                                                                                                                 | $2,500.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

Debtor    **U.S. Gymnastics Training Centers, Inc**                          Case number *(If known)* _____
          Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Since the camp closed without benefit to its students the customer list holds no value. | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor    **U.S. Gymnastics Training Centers, Inc**                     Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $114,816.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $160.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $142,476.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $142,476.60 |

**Fill in this information to identify the case:**

Debtor name    **U.S. Gymnastics Training Centers, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**U.S. Gymnastics Training Centers, Inc**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> **AAAAA Bee-Line Corp** <br> **POB 6** <br> **Springfield, MA 01101** <br><br> **Date(s) debt was incurred** __2018__ <br> **Last 4 digits of account number** __7690__ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Collection of debt/Storage__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.2** **Nonpriority creditor's name and mailing address** <br> **Alex & De Borrah Wright** <br> **94 Nottingham Drive** <br> **East Longmeadow, MA 01028** <br><br> **Date(s) debt was incurred** __2018__ <br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Collection of Debt__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$820.00** |
| **3.3** **Nonpriority creditor's name and mailing address** <br> **Andrew D. & Karen J. Richard** <br> **38 Grahampton Lane** <br> **Greenwich, CT 06830** <br><br> **Date(s) debt was incurred** __2018__ <br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Collection of Debt__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$1,405.00** |
| **3.4** **Nonpriority creditor's name and mailing address** <br> **Andrew McLaughlin & Elizabeth Willette** <br> **26 Grant Breen Drive** <br> **Mashpee, MA 02649** <br><br> **Date(s) debt was incurred** __2018__ <br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Collection of Debt__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **$1,405.00** |

Debtor    **U.S. Gymnastics Training Centers, Inc**                                    Case number *(if known)*
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Andrew T & Bridget A. Graham**
**9 Red Gate Rd.**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Andrey Chertov & Nataliya Volkova**
**52 Payson Road**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.07** |
|---|---|---|---|

**AT&T**
**POB 105262**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Phone Bill**

Last 4 digits of account number **0450**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Basel Salloum & Effie Ahladiotis-Salloum**
**16 Hemlock Rd.**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.00** |
|---|---|---|---|

**Brendan & Yvonne Molloy**
**27 Hillcrest Rd.**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Brian & Amber Fulmer**
**19 Whitney Road**
**Shirley, MA 01464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Brian & Jacquie Rabinowitz**
**7 Curt Terrace**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **U.S. Gymnastics Training Centers, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Brian & Lisa Maffioli**
**11 Heathers Path**
**Plympton, MA 02367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Brian W. & Laureen A. Danieli**
**237 Sycamore Drive**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,440.00** |
|---|---|---|---|

**Caitlin Fay**
**34 Lyng Street**
**North Dartmouth, MA 02747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Carl & Robin Erickson**
**4889 East Bakersfield Road**
**Enosburg Falls, VT 05450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Carlus & Christy Gooden**
**3520 Gomer Street**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.00** |
|---|---|---|---|

**Chad Gronbach & Liz Russell**
**4 Greystone Lane**
**Hopkinton, MA 01748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,770.00** |
|---|---|---|---|

**Chris & Victoria Condon**
**23 High Street**
**Rockport, ME 04856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **U.S. Gymnastics Training Centers, Inc**                                    Case number (if known) _____
             Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Christopher & Elizabeth Alagno**
**16 Macintosh Drive**
**Oxford, CT 06478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Christopher & Stacy Magiera**
**57 Dartmouth Lane**
**East Longmeadow, MA 01028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,782.00 |
|---|---|---|---|

**Christopher A & Michelle L. Blackburn**
**55 Stuart Drive**
**Tolland, CT 06084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Christopher Macrina &**
**Christina Bamberger**
**14A Populatic Street**
**Medway, MA 02053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Corey & Susanne Kummel**
**11 Villa Street #407**
**Haverhill, MA 01832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**Crist Myers & Aliya Mamdani**
**33 Ardsley Road**
**Longmeadow, MA 01106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,297.00 |
|---|---|---|---|

**Cynthia Hodgdon**
**6 Pinewood Drive**
**Amherst, NH 03031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim:  __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor    __U.S. Gymnastics Training Centers, Inc__                    Case number (if known) _____
                    Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.00 |

**Damian R. Siebert & Elizabeth Canter**
**44 Worcester Street**
**Belmont, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.00 |

**Dan Higgins & Rose Tse**
**10 Hobby Farm Drive**
**Bedford, NY 10506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.00 |

**Danda & Caroline Fosdick**
**495 Salem Street**
**Rockland, MA 02370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |

**Daniel & Christine Maloof**
**15 Taylor Drive**
**Rehoboth, MA 02769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |

**Daniel & Kristen Augustyn**
**31 Lancashire Drive**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |

**Daniel & Treacy Henry**
**419 Newton Street**
**South Hadley, MA 01075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |

**Dave & Lynn Meritt**
**POB 783848**
**Winter Garden, FL 34788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **U.S. Gymnastics Training Centers, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**David & Carrie Michael**
**266 Woodland Road**
**Newton, MA 02466**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection of Debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**David S. Guy**
**40 Clark Rd.**
**Brookline, MA 02445**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection of Debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,872.00** |
|---|---|---|---|

**David Tarimo & Grace Makani-Tarimo**
**22 Ruhinde Street, ADA Estate**
**POB**
**Tanzania**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection of debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Deniz Savas**
**5 Brahman Drive**
**Norton, MA 02766**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection of Debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
|---|---|---|---|

**Diana & Sara Brewer**
**6 Prospect Court**
**Northampton, MA 01060**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection of Debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Dmitriy Svirskiy & Julia Donina**
**2 Taggart Court**
**Ashland, MA 01721**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection of Debt__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.00** |
|---|---|---|---|

**Domenico & Heidi Manago**
**3 Maple St**
**Natick, MA 01760**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Collection of Debt__

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **U.S. Gymnastics Training Centers, Inc** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
| --- | --- | --- | --- |

**Donald & Andrea Knowles**
**26 Grayson Road**
**Winchester, MA 01890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collection of Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
| --- | --- | --- | --- |

**Douglas & Gail Stanton**
**122 Greenville Road**
**West Townsend, MA 01474**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collection of Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
| --- | --- | --- | --- |

**Eddie & Jessica Wenzell**
**73 Deerfield Drive**
**Groton, MA 01450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collection of Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
| --- | --- | --- | --- |

**Edward & Donna Rachwal**
**337 Commonwealth Ave.**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collection of Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
| --- | --- | --- | --- |

**Eric N & Stacey L. Panasci**
**72 N Circle Drive**
**East Longmeadow, MA 01028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collection of Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
| --- | --- | --- | --- |

**Erich & Susan Twachtman**
**25 Lt. Shubael Road**
**Higganum, CT 06441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collection of Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
| --- | --- | --- | --- |

**Erik C. & Shannan L. Ryll**
**3 Aspen Ridge**
**Somers, CT 06071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collection of Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **U.S. Gymnastics Training Centers, Inc**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**Garrett & Alyssa Brown**
**67 Lindbergh Ave**
**West Newton, MA 02465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**Gary Blier & Preeti Kapoor**
**47 Quarry Village Road**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**Gary Hicks & Sandra Hicks**
**1428 Enfield Street**
**Enfield, CT 06082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**George Howard & Amy Pollack-Howard**
**243 Linwood Ave.**
**Newtonville, MA 02460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**Gianni & Christy Taraschi**
**245 Oakland Ave.**
**Arlington, MA 02476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**James & Cari Brandt**
**58 Davids Hill Road**
**Woodbury, CT 06798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |

**James & Kristin Devlin**
**505 Foster Road**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **U.S. Gymnastics Training Centers, Inc**                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**James & Tricia Brady**<br>**90 Florence Lane**<br>**Fairfield, CT 06824**<br><br>**Date(s) debt was incurred  2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection of Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,872.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**James & Wendie Holland**<br>**389 Annable Point Road**<br>**Centerville, MA 02632**<br><br>**Date(s) debt was incurred  2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection of Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,655.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**James Carswell & Aimee Facchini**<br>**POB 1194**<br>**Barnstable, MA 02630**<br><br>**Date(s) debt was incurred  2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection of Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,405.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Jason & Diana Kyrwood**<br>**375 Lincoln Place #3H**<br>**Brooklyn, NY 11238**<br><br>**Date(s) debt was incurred  2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection of Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,872.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Jason & Neathery Brenzel**<br>**31 Spring Park Ave**<br>**Jamaica Plain, MA 02130**<br><br>**Date(s) debt was incurred  2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection of Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Jason Peasley & Penny Mills-Peasley**<br>**274 Thurlow Road**<br>**Lincolnville, ME 04849**<br><br>**Date(s) debt was incurred  2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection of Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,405.00** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Jay & Eileen Rivera**<br>**10 Hunters Lane**<br>**Natick, MA 01760**<br><br>**Date(s) debt was incurred  2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection of Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,405.00** |

Debtor  **U.S. Gymnastics Training Centers, Inc**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**Jeanne Richards**
**26 Weston Street**
**Danvers, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**Jeffrey & Susan Monfette**
**45 Clements Road**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$820.00** |

**Jeffrey M. & Dawn Marie Sweetman**
**199 Crane Hill Rd.**
**Wilbraham, MA 01095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,405.00** |

**Jennifer Ankers**
**11 Kimberly Drive**
**Rockport, ME 04856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$820.00** |

**Jennifer Boucher**
**24 Still Meadow Lane**
**Somers, CT 06071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,810.00** |

**Jennifer J. DiGregorio**
**109 Stockbridge Road**
**Scituate, MA 02066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,375.00** |

**Jennifer Peters**
**65 Cresent Street**
**Franklin, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **U.S. Gymnastics Training Centers, Inc**                    Case number *(if known)* _____
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**Jennifer T. Thompson**
**308 Babbs Rd.**
**West Suffield, CT 06093**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**Jerrod Pratt & Sarah McLan**
**POB 482**
**Rockport, ME 04856**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $820.00 |
|---|---|---|---|

**Jess Saalfield**
**43 Beacon Street**
**Florence, MA 01062**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**Jill C Matos**
**3 Mulberry Lane**
**Oxford, CT 06478**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**John & Christina Holmes**
**48 Shore Drive**
**Kingston, MA 02364**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**John & Laurie Fernandes**
**8 Hawkins Road**
**Oxford, CT 06478**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**John & Laurie Regan**
**2 Furnance Pond Way**
**Norton, MA 02766**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **U.S. Gymnastics Training Centers, Inc**                              Case number (if known) _____
            Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|------|-------------------------------------------------|----------------------------------------------------------------------|-----------|

**3.75**  Nonpriority creditor's name and mailing address

**John Igoe**
**13 Fazio Farm Road**
**Georgetown, MA 01833**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,405.00

---

**3.76**  Nonpriority creditor's name and mailing address

**Jonas & Stacey Contakos**
**39 Pascal Ave**
**Rockport, ME 04856**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,770.00

---

**3.77**  Nonpriority creditor's name and mailing address

**Jonathan & Christina Oliver**
**50 Colts Crossing**
**Canton, MA 02021**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,405.00

---

**3.78**  Nonpriority creditor's name and mailing address

**Jonathan Kloos & Nicole Ostermann-Kloos**
**59 West 12th Street**
**Apt 8A**
**New York, NY 10011**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,405.00

---

**3.79**  Nonpriority creditor's name and mailing address

**Joseph & Karen Bush**
**284 Woodruff St.**
**Southington, CT 06489**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,405.00

---

**3.80**  Nonpriority creditor's name and mailing address

**Joyce Crudo**
**141 Longview Ave.**
**Celebration, FL 34747**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,405.00

---

**3.81**  Nonpriority creditor's name and mailing address

**Karen L Holbrook**
**4 Sagamore Road**
**Bellingham, MA 02019**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,330.00

Debtor    **U.S. Gymnastics Training Centers, Inc**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.82 | |

**Nonpriority creditor's name and mailing address**
**Kevin & DeAnne Sneddon**
**10 Sawmill Terr**
**Greenwich, CT 06830**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,330.00**

---

| | |
|---|---|
| 3.83 | |

**Nonpriority creditor's name and mailing address**
**Kevin J. & Diane J. McCabe**
**162 Stanford Drive**
**Westwood, MA 02090**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,405.00**

---

| | |
|---|---|
| 3.84 | |

**Nonpriority creditor's name and mailing address**
**Kim Chandler**
**45 Baron Rd**
**Franklin, MA 02038**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,620.00**

---

| | |
|---|---|
| 3.85 | |

**Nonpriority creditor's name and mailing address**
**Kim Ward**
**62 Grafton Ave.**
**Westwood, MA 02090**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

| | |
|---|---|
| 3.86 | |

**Nonpriority creditor's name and mailing address**
**Konstantin Zeldovich & Nadya Shusharina**
**56 Gilbert Road**
**Belmont, MA 02478**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,405.00**

---

| | |
|---|---|
| 3.87 | |

**Nonpriority creditor's name and mailing address**
**Kristin D. Stoetzel**
**5 Birchwood Road**
**Holliston, MA 01746**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,330.00**

---

| | |
|---|---|
| 3.88 | |

**Nonpriority creditor's name and mailing address**
**Kysa Nygreen**
**28 Maple Ave.**
**Northampton, MA 01060**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,640.00**

---

Debtor __U.S. Gymnastics Training Centers, Inc_____ Case number *(if known)* _____
　　　　　Name

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,237.00** |

**3.89** | **Nonpriority creditor's name and mailing address**

**Larry & Gina Bliss**
**38 Tahmore Drive**
**Fairfield, CT 06825**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Collection of Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,237.00**

---

**3.90** | **Nonpriority creditor's name and mailing address**

**Laura L. Wilcox**
**5 Summer St.**
**Northborough, MA 01532**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Collection of Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,405.00**

---

**3.91** | **Nonpriority creditor's name and mailing address**

**Lisa M. Hayostek**
**3250 Martin Street**
**Schenectady, NY 12306**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Collection of Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,405.00**

---

**3.92** | **Nonpriority creditor's name and mailing address**

**Lori Diane Fishman**
**16 Forty Acres Drive**
**Wayland, MA 01778**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Collection of Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,330.00**

---

**3.93** | **Nonpriority creditor's name and mailing address**

**Louis Anthony Tartaglia & Amy Axelrod**
**32 Manor House Rd.**
**Newton Center, MA 02459**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Collection of Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,405.00**

---

**3.94** | **Nonpriority creditor's name and mailing address**

**Mark & Kelli Woelfel**
**87 Hancock Road**
**Franklin, MA 02038**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Collection of Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,405.00**

---

**3.95** | **Nonpriority creditor's name and mailing address**

**Mark & Lara Militello**
**176 boulder Hill Drive**
**Shelburne, VT 05482**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Collection of Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,405.00**

---

| Debtor | **U.S. Gymnastics Training Centers, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Mark & Lara Mititello**
**176 Boulder Hill Drive**
**Shelburne, VT 05482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Martin & Cheryl Jones**
**11 Garvey Road**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
|---|---|---|---|

**Matthew & Beth Storey**
**69 Valley View Drive**
**Suffield, CT 06078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.00** |
|---|---|---|---|

**Matthew & Cami Griffith**
**65 Cranberry Lane**
**Holliston, MA 01746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,797.00** |
|---|---|---|---|

**Matthew & Lori Sajdak**
**50 Blackberry Lane**
**Hyannis, MA 02601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Mel & Sally Hallah**
**45 Rathbun Road**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Michael & Kelly Baldini**
**155 Richie Road**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **U.S. Gymnastics Training Centers, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Michael Davis & Kristin Wile**
**60 Lakemans Lane**
**Ipswich, MA 01938**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Nancy McMahon**
**23 Knollwood Road**
**Medfield, MA 02052**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00** |
|---|---|---|---|

**Nancy Mehegan & Dana Elder**
**50 Charles Road**
**Winchester, MA 01890**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.00** |
|---|---|---|---|

**Nate Jones & Amie Grills**
**3 James Street**
**Winchester, MA 01890**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|

**Nico Gallinelli & Erin Sullivan**
**3 Collins Brook Rd.**
**Windham, NH 03087**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Noah Barnes & Jane Barrett**
**352 Old County Road**
**Rockland, ME 04841**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,770.00** |
|---|---|---|---|

**Oliver & Adriana Bokel Herde**
**185 Dalton Road**
**Belmont, MA 02478**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **U.S. Gymnastics Training Centers, Inc**                    Case number (if known) _____

| | |
|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** |

**Patricia E. Barry**
**78 Woolsey St.**
**Huntington, NY 11743**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,872.00

---

| | |
|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** |

**Patrick G. & Argiro F. Tibets**
**66 Pond Plain Road**
**Westwood, MA 02090**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,405.00

---

| | |
|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** |

**Paul & Angela Squarcia**
**108 Wading Place Road**
**Mashpee, MA 02649**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,405.00

---

| | |
|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** |

**Paul & Sarah Stotz**
**5 Fairleigh Way**
**Ballston Lake, NY 12019**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

$820.00

---

| | |
|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** |

**Peter & Sgall Bell**
**8 Kennedy Road**
**Cambridge, MA 02138**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,405.00

---

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |

**Peter D & Kathleen E. Simmons**
**5 Daffodil Lane**
**Medway, MA 02053**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,405.00

---

| | |
|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** |

**Peter W. Benoit**
**29 Gabriel Farm Drive**
**Acushnet, MA 02743**

**Date(s) debt was incurred  2018**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,797.00

---

Debtor   **U.S. Gymnastics Training Centers, Inc**                                    Case number (if known)  _____
      Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Phil & Heather Frank**
**50 Surry Drive**
**Cohasset, MA 02025**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.00 |
|---|---|---|---|

**Philip J. & Sara L. Reagan**
**2 Woodhaven Drive**
**Franklin, MA 02038**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Phillippe & Lynn Schenk**
**16 Oakland Street**
**Lexington, MA 02420**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Picariello Perras Family**
**POB 309**
**Rogers, CT 06263**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Quirino Malandrino**
**8 Bogart Ave**
**Port Washington, NY 11050**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Reynold & Robyn Easton**
**15 Fairway Ave**
**Delmar, NY 12054**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Rick & Kim Perlen**
**1 Bruce Lane**
**Westport, CT 06880**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **U.S. Gymnastics Training Centers, Inc**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$820.00** |
| | **Rick & Sharon Baker**<br>**12 Marci Ave.**<br>**East Longmeadow, MA 01028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Collection of Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$450.00** |
| | **Rinehimernaker LLC**<br>**POB 2339**<br>**Jupiter, FL 33458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Accounting Bill** |
| | Last 4 digits of account number **3326** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,810.00** |
| | **Robert & Beth Buyea**<br>**35 Dale Street**<br>**North Andover, MA 01845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Collection of Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,330.00** |
| | **Robert & Jane Atkins**<br>**178 Grove Street**<br>**Lexington, MA 02420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Collection of Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,405.00** |
| | **Robert & Kathleen Paradis**<br>**2 Scotland Heights Rd.**<br>**Haverhill, MA 01832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Collection of Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,405.00** |
| | **Samir & Hala Si-Ahmend**<br>**88 Glenville Road**<br>**Greenwich, CT 06831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Collection of Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,405.00** |
| | **Sarah X. & Ellen M. Kritemeyer**<br>**2 Apple Drive**<br>**Oxford, CT 06478** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Collection of Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **U.S. Gymnastics Training Centers, Inc**

Case number (if known) _____

Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Scott & Healther Hanley**
**3 Winterberry Lane**
**Ayer, MA 01432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.00 |
|---|---|---|---|

**Scott & Julie Knowlton**
**5 Crescent Street**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,277.00 |
|---|---|---|---|

**Scott & Kay Griggs**
**9 Russell Trufant Road**
**Carver, MA 02330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Scott& Denise Barker**
**241 Old County Road**
**East Sandwich, MA 02537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Sean & Amy McGuire**
**88 Pheasent Brook Road**
**North Andover, MA 01845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**Sean & Gina Willcutts**
**1122 North Grand Street**
**West Suffield, CT 06093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Sharin Horvitz-Chung**
**150 Edgemere Road**
**Apt. 11**
**West Roxbury, MA 02132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collection of Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **U.S. Gymnastics Training Centers, Inc**                     Case number (if known) _____
_____
Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Sriram Sathyanarayanan**
**Lakshmi Srinivasan**
**75 Robbins Road**
**Lexington, MA 02421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Stephanie & Jody Lauer**
**48 Port Road**
**Kennebunk, ME 04043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**Stephen & Dawn E. Fopp**
**9 Pease St.**
**Wilbraham, MA 01095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.00 |
|---|---|---|---|

**Stephen & Jill Atkins**
**3 Primose Lane**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Stephen A. Savage & Stefanie Wood**
**270 5th Street**
**Apt 3J**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.00 |
|---|---|---|---|

**Steve & Cheryl  Silva**
**22 Mayo Dr.**
**Warren, RI 02885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.00 |
|---|---|---|---|

**Steve & Heather Morrison**
**74 Magnolia Drive**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Collection of Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **U.S. Gymnastics Training Centers, Inc**                          Case number *(if known)* _____
        Name

| | |
|---|---|
| 3.145 | **$250.00** |

**Nonpriority creditor's name and mailing address**

**Steve & Jae Rosenstein**
**28 Fox Hill Drive**
**Natick, MA 01760**

**Date(s) debt was incurred** **2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **$2,225.00** |

**Nonpriority creditor's name and mailing address**

**Steve & Renee Aube**
**1126 North Grand Street**
**West Suffield, CT 06093**

**Date(s) debt was incurred** **2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **$1,405.00** |

**Nonpriority creditor's name and mailing address**

**Stuart Rebish & Louisa Viola**
**82 Chelsea Road**
**Garden City, NY 11530**

**Date(s) debt was incurred** **2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **$1,405.00** |

**Nonpriority creditor's name and mailing address**

**Tara M Barker Hixson**
**255 Melvin Heights Rd.**
**Camden, ME 04843**

**Date(s) debt was incurred** **2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **$1,330.00** |

**Nonpriority creditor's name and mailing address**

**Ted Seides & Shari Greenleaf**
**77 Havemeyer Lane #6**
**Stamford, CT 06902**

**Date(s) debt was incurred** **2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **$1,405.00** |

**Nonpriority creditor's name and mailing address**

**Theodore Milapah & Akofa Modey**
**289 Tanglewood Drive**
**Longmeadow, MA 01106**

**Date(s) debt was incurred** **2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **$1,405.00** |

**Nonpriority creditor's name and mailing address**

**Theodore Mlapah & Akofa Modey**
**289 Tanglewood Drive**
**Longmeadow, MA 01106**

**Date(s) debt was incurred** **2018**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collection of Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **U.S. Gymnastics Training Centers, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**Todd Grant & Diane Knybel**
**7 South Monson Road**
**Hampden, MA 01036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $820.00 |
|---|---|---|---|

**Tom & Sarah Reddy**
**14 Upland Road**
**Marblehead, MA 01945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $820.00 |
|---|---|---|---|

**Tony & Carmina DeAngelis**
**37 Birch Hill Drive**
**Somers, CT 06071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**Valerie I. Ouinones**
**7167 Peri Lane**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|

**William & Christina Hutchins**
**70 Sawyers Lane**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Zev & Christine Young**
**208 Warren Street**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Collection of Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Beck & Eldergill PC**<br>**447 Center St.**<br>**Manchester, CT 06040** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **U.S. Gymnastics Training Centers, Inc**
Name

Case number (if known)

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Jay Forbes**<br>**8 Aschmann Lane**<br>**Croton on Hudson, NY 10520** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 228,352.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 228,352.07 |

**Fill in this information to identify the case:**

Debtor name    **U.S. Gymnastics Training Centers, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Rental Trailer to store camp equipment/platform material** |
| State the term remaining | **Ends 08/15/2018** |
| List the contract number of any government contract | **Bee Line Corp.** |

**Fill in this information to identify the case:**

Debtor name    **U.S. Gymnastics Training Centers, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|---|
| 2.1 | _____ | Street | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |
| 2.2 | _____ | Street | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |
| 2.3 | _____ | Street | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |
| 2.4 | _____ | Street | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __U.S. Gymnastics Training Centers, Inc__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $235,800.00 |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $389,221.00 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $395,983.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **U.S. Gymnastics Training Centers, Inc**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **New England Foam**<br>**760 Windsor St**<br>**Hartford, CT 06120** | 07/13/2018 | $7,886.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Michael Jacobson**<br>**POB 4088**<br>**Tequesta, FL 33469**<br>**Owner** | **Various dates over past year** | $0.00 | **Wages for preparation of camps** |
| 4.2.  **Susan Jacobson**<br>**POB 4088**<br>**Tequesta, FL 33469**<br>**Bookeeper, Manager** | **Various dates over past year** | $0.00 | **Wages.  Note that the debtor does not operate camps on a calendar or year round basis. Most camp fees are paid between May and July of each year and the camps are held in July.  Hence most work is performed and wages are paid from March until August. Balance of year is stagnant except for planning for next season's camps.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  **U.S. Gymnastics Training Centers, Inc**                          Case number *(if known)*

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bumgardner & Associates, PA**<br>**7707 N University Drive, #103**<br>**Tamarac, FL 33321** | **Attorney Fees $4,000.00,  Court Fees $335.00** | **08/06/2018** | **$4,335.00** |
| | Email or website address<br>**donnabkclaw@aol.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    U.S. Gymnastics Training Centers, Inc _____    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **U.S. Gymnastics Training Centers, Inc**                              Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Bee Line Corp** | **Debtor rents a trailer in open lot to store certain assets to setup camp.  It also stores it own trailer with equipment and material to build platform for camp.** | **Plywood for platform, foam, gymnastics equipment.** | ☐ No ■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **U.S. Gymnastics Training Centers, Inc**          Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Rinehimernaker LLC 4455 Military Trail #204 Jupiter, FL 33458** | **07/2018, Completed tax returns and all related files for last 5 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Debtor | U.S. Gymnastics Training Centers, Inc | Case number *(if known)* |
|---|---|---|

---

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Jacobson | POB 4088 Tequesta, FL 33469 | Officer/Owner/Principal | 100 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Susan Jacobson | POB 4088 Tequesta, FL 33469 | Former Officer | unknown |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See #4 above | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **U.S. Gymnastics Training Centers, Inc**                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  3, 2018**

**/s/ Michael Jacobson**                                    **Michael Jacobson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Principal and 100% owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **U.S. Gymnastics Training Centers, Inc**                Case No. _____

                            Debtor(s)             Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Principal and 100% owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September  3, 2018** _____          **/s/ Michael Jacobson** _____

                                           **Michael Jacobson**/**Principal and 100% owner**
                                           Signer/Title

AAAAA Bee-Line Corp
POB 6
Springfield, MA 01101


Alex & De Borrah Wright
94 Nottingham Drive
East Longmeadow, MA 01028


Andrew D. & Karen J. Richard
38 Grahampton Lane
Greenwich, CT 06830


Andrew McLaughlin & Elizabeth Willette
26 Grant Breen Drive
Mashpee, MA 02649


Andrew T & Bridget A. Graham
9 Red Gate Rd.
Walpole, MA 02081


Andrey Chertov & Nataliya Volkova
52 Payson Road
Chestnut Hill, MA 02467


AT&T
POB 105262
Atlanta, GA 30348


Basel Salloum & Effie Ahladiotis-Salloum
16 Hemlock Rd.
Manhasset, NY 11030


Beck & Eldergill PC
447 Center St.
Manchester, CT 06040


Bee Line Corp.


Brendan & Yvonne Molloy
27 Hillcrest Rd.
Braintree, MA 02184

Brian & Amber Fulmer
19 Whitney Road
Shirley, MA 01464


Brian & Jacquie Rabinowitz
7 Curt Terrace
Greenwich, CT 06831


Brian & Lisa Maffioli
11 Heathers Path
Plympton, MA 02367


Brian W. & Laureen A. Danieli
237 Sycamore Drive
Westwood, MA 02090


Caitlin Fay
34 Lyng Street
North Dartmouth, MA 02747


Carl & Robin Erickson
4889 East Bakersfield Road
Enosburg Falls, VT 05450


Carlus & Christy Gooden
3520 Gomer Street
Yorktown Heights, NY 10598


Chad Gronbach & Liz Russell
4 Greystone Lane
Hopkinton, MA 01748


Chris & Victoria Condon
23 High Street
Rockport, ME 04856


Christopher & Elizabeth Alagno
16 Macintosh Drive
Oxford, CT 06478


Christopher & Stacy Magiera
57 Dartmouth Lane
East Longmeadow, MA 01028

Christopher A & Michelle L. Blackburn
55 Stuart Drive
Tolland, CT 06084


Christopher Macrina &
Christina Bamberger
14A Populatic Street
Medway, MA 02053


Corey & Susanne Kummel
11 Villa Street #407
Haverhill, MA 01832


Crist Myers & Aliya Mamdani
33 Ardsley Road
Longmeadow, MA 01106


Cynthia Hodgdon
6 Pinewood Drive
Amherst, NH 03031


Damian R. Siebert & Elizabeth Canter
44 Worcester Street
Belmont, MA 02478


Dan Higgins & Rose Tse
10 Hobby Farm Drive
Bedford, NY 10506


Danda & Caroline Fosdick
495 Salem Street
Rockland, MA 02370


Daniel & Christine Maloof
15 Taylor Drive
Rehoboth, MA 02769


Daniel & Kristen Augustyn
31 Lancashire Drive
Mansfield, MA 02048


Daniel & Treacy Henry
419 Newton Street
South Hadley, MA 01075

Dave & Lynn Meritt
POB 783848
Winter Garden, FL 34788


David & Carrie Michael
266 Woodland Road
Newton, MA 02466


David S. Guy
40 Clark Rd.
Brookline, MA 02445


David Tarimo & Grace Makani-Tarimo
22 Ruhinde Street, ADA Estate
POB
Tanzania


Deniz Savas
5 Brahman Drive
Norton, MA 02766


Diana & Sara Brewer
6 Prospect Court
Northampton, MA 01060


Dmitriy Svirskiy & Julia Donina
2 Taggart Court
Ashland, MA 01721


Domenico & Heidi Manago
3 Maple St
Natick, MA 01760


Donald & Andrea Knowles
26 Grayson Road
Winchester, MA 01890


Douglas & Gail Stanton
122 Greenville Road
West Townsend, MA 01474


Eddie & Jessica Wenzell
73 Deerfield Drive
Groton, MA 01450

Edward & Donna Rachwal
337 Commonwealth Ave.
Attleboro Falls, MA 02763


Eric N & Stacey L. Panasci
72 N Circle Drive
East Longmeadow, MA 01028


Erich & Susan Twachtman
25 Lt. Shubael Road
Higganum, CT 06441


Erik C. & Shannan L. Ryll
3 Aspen Ridge
Somers, CT 06071


Garrett & Alyssa Brown
67 Lindbergh Ave
West Newton, MA 02465


Gary Blier & Preeti Kapoor
47 Quarry Village Road
Cheshire, CT 06410


Gary Hicks & Sandra Hicks
1428 Enfield Street
Enfield, CT 06082


George Howard & Amy Pollack-Howard
243 Linwood Ave.
Newtonville, MA 02460


Gianni & Christy Taraschi
245 Oakland Ave.
Arlington, MA 02476


James & Cari Brandt
58 Davids Hill Road
Woodbury, CT 06798


James & Kristin Devlin
505 Foster Road
Tewksbury, MA 01876

James & Tricia Brady
90 Florence Lane
Fairfield, CT 06824

James & Wendie Holland
389 Annable Point Road
Centerville, MA 02632

James Carswell & Aimee Facchini
POB 1194
Barnstable, MA 02630

Jason & Diana Kyrwood
375 Lincoln Place #3H
Brooklyn, NY 11238

Jason & Neathery Brenzel
31 Spring Park Ave
Jamaica Plain, MA 02130

Jason Peasley & Penny Mills-Peasley
274 Thurlow Road
Lincolnville, ME 04849

Jay & Eileen Rivera
10 Hunters Lane
Natick, MA 01760

Jay Forbes
8 Aschmann Lane
Croton on Hudson, NY 10520

Jeanne Richards
26 Weston Street
Danvers, MA 01923

Jeffrey & Susan Monfette
45 Clements Road
Waltham, MA 02453

Jeffrey M. & Dawn Marie Sweetman
199 Crane Hill Rd.
Wilbraham, MA 01095

Jennifer Ankers
11 Kimberly Drive
Rockport, ME 04856


Jennifer Boucher
24 Still Meadow Lane
Somers, CT 06071


Jennifer J. DiGregorio
109 Stockbridge Road
Scituate, MA 02066


Jennifer Peters
65 Cresent Street
Franklin, MA 02038


Jennifer T. Thompson
308 Babbs Rd.
West Suffield, CT 06093


Jerrod Pratt & Sarah McLan
POB 482
Rockport, ME 04856


Jess Saalfield
43 Beacon Street
Florence, MA 01062


Jill C Matos
3 Mulberry Lane
Oxford, CT 06478


John & Christina Holmes
48 Shore Drive
Kingston, MA 02364


John & Laurie Fernandes
8 Hawkins Road
Oxford, CT 06478


John & Laurie Regan
2 Furnance Pond Way
Norton, MA 02766

John Igoe
13 Fazio Farm Road
Georgetown, MA 01833


Jonas & Stacey Contakos
39 Pascal Ave
Rockport, ME 04856


Jonathan & Christina Oliver
50 Colts Crossing
Canton, MA 02021


Jonathan Kloos & Nicole Ostermann-Kloos
59 West 12th Street
Apt 8A
New York, NY 10011


Joseph & Karen Bush
284 Woodruff St.
Southington, CT 06489


Joyce Crudo
141 Longview Ave.
Celebration, FL 34747


Karen L Holbrook
4 Sagamore Road
Bellingham, MA 02019


Kevin & DeAnne Sneddon
10 Sawmill Terr
Greenwich, CT 06830


Kevin J. & Diane J. McCabe
162 Stanford Drive
Westwood, MA 02090


Kim Chandler
45 Baron Rd
Franklin, MA 02038


Kim Ward
62 Grafton Ave.
Westwood, MA 02090

Konstantin Zeldovich & Nadya Shusharina
56 Gilbert Road
Belmont, MA 02478


Kristin D. Stoetzel
5 Birchwood Road
Holliston, MA 01746


Kysa Nygreen
28 Maple Ave.
Northampton, MA 01060


Larry & Gina Bliss
38 Tahmore Drive
Fairfield, CT 06825


Laura L. Wilcox
5 Summer St.
Northborough, MA 01532


Lisa M. Hayostek
3250 Martin Street
Schenectady, NY 12306


Lori Diane Fishman
16 Forty Acres Drive
Wayland, MA 01778


Louis Anthony Tartaglia & Amy Axelrod
32 Manor House Rd.
Newton Center, MA 02459


Mark & Kelli Woelfel
87 Hancock Road
Franklin, MA 02038


Mark & Lara Militello
176 boulder Hill Drive
Shelburne, VT 05482


Mark & Lara Mititello
176 Boulder Hill Drive
Shelburne, VT 05482

Martin & Cheryl Jones
11 Garvey Road
Framingham, MA 01701


Matthew & Beth Storey
69 Valley View Drive
Suffield, CT 06078


Matthew & Cami Griffith
65 Cranberry Lane
Holliston, MA 01746


Matthew & Lori Sajdak
50 Blackberry Lane
Hyannis, MA 02601


Mel & Sally Hallah
45 Rathbun Road
Natick, MA 01760


Michael & Kelly Baldini
155 Richie Road
Attleboro, MA 02703


Michael Davis & Kristin Wile
60 Lakemans Lane
Ipswich, MA 01938


Nancy McMahon
23 Knollwood Road
Medfield, MA 02052


Nancy Mehegan & Dana Elder
50 Charles Road
Winchester, MA 01890


Nate Jones & Amie Grills
3 James Street
Winchester, MA 01890


Nico Gallinelli & Erin Sullivan
3 Collins Brook Rd.
Windham, NH 03087

Noah Barnes & Jane Barrett
352 Old County Road
Rockland, ME 04841


Oliver & Adriana Bokel Herde
185 Dalton Road
Belmont, MA 02478


Patricia E. Barry
78 Woolsey St.
Huntington, NY 11743


Patrick G. & Argiro F. Tibets
66 Pond Plain Road
Westwood, MA 02090


Paul & Angela Squarcia
108 Wading Place Road
Mashpee, MA 02649


Paul & Sarah Stotz
5 Fairleigh Way
Ballston Lake, NY 12019


Peter & Sgall Bell
8 Kennedy Road
Cambridge, MA 02138


Peter D & Kathleen E. Simmons
5 Daffodil Lane
Medway, MA 02053


Peter W. Benoit
29 Gabriel Farm Drive
Acushnet, MA 02743


Phil & Heather Frank
50 Surry Drive
Cohasset, MA 02025


Philip J. & Sara L. Reagan
2 Woodhaven Drive
Franklin, MA 02038

Phillippe & Lynn Schenk
16 Oakland Street
Lexington, MA 02420


Picariello Perras Family
POB 309
Rogers, CT 06263


Quirino Malandrino
8 Bogart Ave
Port Washington, NY 11050


Reynold & Robyn Easton
15 Fairway Ave
Delmar, NY 12054


Rick & Kim Perlen
1 Bruce Lane
Westport, CT 06880


Rick & Sharon Baker
12 Marci Ave.
East Longmeadow, MA 01028


Rinehimernaker LLC
POB 2339
Jupiter, FL 33458


Robert & Beth Buyea
35 Dale Street
North Andover, MA 01845


Robert & Jane Atkins
178 Grove Street
Lexington, MA 02420


Robert & Kathleen Paradis
2 Scotland Heights Rd.
Haverhill, MA 01832


Samir & Hala Si-Ahmend
88 Glenville Road
Greenwich, CT 06831

Sarah X. & Ellen M. Kritemeyer
2 Apple Drive
Oxford, CT 06478


Scott & Healther Hanley
3 Winterberry Lane
Ayer, MA 01432


Scott & Julie Knowlton
5 Crescent Street
Natick, MA 01760


Scott & Kay Griggs
9 Russell Trufant Road
Carver, MA 02330


Scott& Denise Barker
241 Old County Road
East Sandwich, MA 02537


Sean & Amy McGuire
88 Pheasent Brook Road
North Andover, MA 01845


Sean & Gina Willcutts
1122 North Grand Street
West Suffield, CT 06093


Sharin Horvitz-Chung
150 Edgemere Road
Apt. 11
West Roxbury, MA 02132


Sriram Sathyanarayanan
Lakshmi Srinivasan
75 Robbins Road
Lexington, MA 02421


Stephanie & Jody Lauer
48 Port Road
Kennebunk, ME 04043


Stephen & Dawn E. Fopp
9 Pease St.
Wilbraham, MA 01095

Stephen & Jill Atkins
3 Primose Lane
Westford, MA 01886


Stephen A. Savage & Stefanie Wood
270 5th Street
Apt 3J
Brooklyn, NY 11215


Steve & Cheryl  Silva
22 Mayo Dr.
Warren, RI 02885


Steve & Heather Morrison
74 Magnolia Drive
Westwood, MA 02090


Steve & Jae Rosenstein
28 Fox Hill Drive
Natick, MA 01760


Steve & Renee Aube
1126 North Grand Street
West Suffield, CT 06093


Stuart Rebish & Louisa Viola
82 Chelsea Road
Garden City, NY 11530


Tara M Barker Hixson
255 Melvin Heights Rd.
Camden, ME 04843


Ted Seides & Shari Greenleaf
77 Havemeyer Lane #6
Stamford, CT 06902


Theodore Milapah & Akofa Modey
289 Tanglewood Drive
Longmeadow, MA 01106


Theodore Mlapah & Akofa Modey
289 Tanglewood Drive
Longmeadow, MA 01106

Todd Grant & Diane Knybel
7 South Monson Road
Hampden, MA 01036


Tom & Sarah Reddy
14 Upland Road
Marblehead, MA 01945


Tony & Carmina DeAngelis
37 Birch Hill Drive
Somers, CT 06071


Valerie I. Ouinones
7167 Peri Lane
Brooklyn, NY 11234


William & Christina Hutchins
70 Sawyers Lane
Tewksbury, MA 01876


Zev & Christine Young
208 Warren Street
Waltham, MA 02453